# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENNARO RAUSO,** | : | **CIVIL NO. 1:17-CV-720** |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN OF FCI-SCHUYLKILL,** *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 30th day of October, 2018, upon consideration of petitioner's motion (Doc. 16) to "modify the denomination" of the court's prior orders denying his motions for reconsideration, wherein he requests that the court change the names of its "orders" to "opinions", and upon further consideration of petitioner's second motion (Doc. 19) to reopen this action, wherein he requests that the court construe his prior motions for reconsideration as motions pursuant to Federal Rule of Civil Procedure 54(b), rather than motions pursuant to Federal Rule of Civil Procedure 59(e)[1], and the court noting that a Rule 54(b) motion allows a court to revise an interlocutory order prior to the entry of a final judgment, see FED. R. CIV. P. 54(b) ("[A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not

---

[1] On January 31, 2018 and July 26, 2018, the court denied petitioner's motions for reconsideration. (Docs. 9, 15).

end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."), and the court further noting that this action was closed by final order dated May 22, 2017 (see Docs. 4, 5), and the court thus finding that petitioner's motions to reconsider that final order cannot be reviewed under Rule 54(b) as the contested order is not interlocutory in nature, it is hereby ORDERED that the motions (Docs. 16, 19) are DENIED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania